

# The Senate of
# The State of Texas

**DAN PATRICK**
**LIEUTENANT GOVERNOR**

CAPITOL OFFICE
State Capitol, Room 2E.13
Post Office Box 12068
Austin, Texas 78711
(512) 463-0001
Fax: (512) 463-8668

October 23, 2025

Alamo Trust, Inc.
Board of Directors
321 Alamo Plaza, Suite 300
San Antonio, Texas 78205

Dear Alamo Trust Inc. Board of Directors,

I was recently made aware of troubling writings by Alamo Trust Inc. President and CEO, Kate Rogers, who at the time of the writings was the Executive Director. These writings are incompatible with the telling of the history of the battle of the Alamo.

I do not believe you were aware of her writings or her views toward state oversight when you hired her, but I do believe these newly discovered writings undermine the credibility of the Alamo Trust.

Her newly discovered written words were shocking to me and that's why I am passing them along to you. I believe her judgment is now placed in serious question and makes clear she has a totally different view of how the history of the Alamo should be told.

You as a board, and I, have made it clear from the beginning that the main focus of Alamo history should be about the battle. Of course the entire story of the Alamo will be told, but the overriding emphasis must be on the "13 Days of Glory," as nearly 200 men gave their lives to defend liberty and freedom for Texas.

The Alamo is a Texas treasure. As you all know, it has been my great passion to see it become one of the most outstanding historic locations in the world. Since being elected Lt. Governor I have fought to keep the Cenotaph in place, and with strong support of the legislature, I have led the way on a half-billion-dollar preservation and restoration of the entire historic site so it is preserved forever. We must ensure that future generations never forget the sacrifice for freedom that was made. I will continue to defend the Alamo today against a rewrite of history.

Last night, I informed Kate Rogers that her writings were discovered and I suggested she offer her resignation before the board considers the matter.

Alamo Trust Inc. Board of Directors
October 23, 2025
Page 2

Please find attached an excerpt of Kate Rogers's writings. Thank you for your attention to this matter and for all you do for Texas.

Sincerely,

*[signature: Dan Patrick]*

Dan Patrick
Lieutenant Governor

Enclosure: Rogers Dissertation Excerpt

cc: Commissioner Dawn Buckingham, Commissioner, Texas General Land Office
    Kate Rogers, President and CEO, Alamo Trust Inc.