IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **KATE ROGERS, ED.D,** § <br> § <br> *Plaintiff,* § <br> § <br> V. § <br> § <br> **ALAMO TRUST, INC., DAN PATRICK,** § <br> **DAWN BUCKINGHAM, REMEMBER THE** § <br> **ALAMO FOUNDATION, WELCOME** § <br> **WILSON, JR., & ESPERANZA ANDRADE** § <br> § <br> *Defendants.* § | Civ. No. 5:25-cv-1500 <br><br> JURY DEMANDED |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Kate Rogers ("Rogers") files this response to Defendants Commissioner Dawn Buckingham ("Commissioner Buckingham"), Lieutenant Governor Dan Patrick ("Lt. Gov. Patrick"), and Defendants Alamo Trust, Inc. ("Alamo Trust"), Remember the Alamo Foundation (the "Foundation"), Welcome Wilson, Jr. ("Wilson") and Esperanza (Hope) Andrade ("Andrade") (collectively, the "Alamo Defendants")' Motions to Dismiss (DKTS. 16, 17, 18) and in support thereof, states as follows:

1. Plaintiff has filed a First Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

2. A pending motion to dismiss "becomes moot when a plaintiff files an amended complaint as a matter of course." *Maxim Integrated Prods. v. State Farm Mut. Auto. Ins. Co.*, Civil Action No. SA-14-CV-1030-XR, 2015 U.S. Dist. LEXIS 178704, at *3 (W.D. Tex. 2015). Here, Plaintiff's Amended Complaint adds facts and clarifies legal positions that go to the heart of Defendants' Motions to Dismiss.

3. Accordingly, Defendants' Motions to Dismiss should be denied as moot.

1

4. Plaintiff stands ready to respond to the pending Motions to Dismiss if directed by the Court. If the Court concludes that the Motions to Dismiss are not mooted, Rogers requests seven days to respond to the Motions.

Respectfully submitted,

/s/ Lawrence Morales II
LAWRENCE MORALES II
State Bar No. 24051077
ALLISON S. HARTRY
State Bar No. 24083149
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821
lawrence@themoralesfirm.com
ahartry@themoralesfirm.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February, 2026, I served this document on all opposing counsel through the Court's Electronic Filing System.

/s/ Allison S. Hartry
Allison S. Hartry