**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| KATE ROGERS, ED.D, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| ALAMO TRUST, INC., DAN PATRICK, | § | Civil Action No. 5:25-cv-1500-XR |
| DAWN BUCKINGHAM, REMEMBER | § | |
| THE ALAMO FOUNDATION, | § | |
| WELCOME WILSON, JR., and | § | |
| ESPERANZA ANDRADE, | § | |
| *Defendants.* | § | |

**DEFENDANT, LT. GOVERNOR DAN PATRICK'S NOTICE OF APPEAL**

Defendant, Dan Patrick, Lieutenant Governor of the State of Texas, pursuant to Federal Rules of Appellate Procedure 3 and 4, respectfully appeals to the United States Court of Appeals for the Fifth Circuit from the Order on Motions to Dismiss entered August 26, 2026, ECF 29.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ William H. Farrell*
WILLIAM H. FARRELL
Deputy Chief, General Litigation Division
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561 | FAX: (512) 320-0667

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

***Attorneys for Defendant,***
***Lt. Gov. Dan Patrick***

**CERTIFICATE OF SERVICE**

I certify that that on August 26, 2026, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ William H. Farrell*
WILLIAM H. FARRELL
Assistant Attorney General